IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-1026 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1 and 2<br>18 U.S.C. § 922(g)(3):<br>Possession of a Firearm<br>by a Drug User |
| AUSTIN MATTHEW OBERBROECKLING<br>(a/k/a "Amish"), | |
| Defendant. | Count 3<br>26 U.S.C. § 5861(d):<br>Possession of a National<br>Firearms Act Firearm<br>Not Registered to Possessor |
| | Forfeiture |

The Grand Jury charges:

## Count 1

**Possession of a Firearm by a Drug User**

On or about August 1, 2019, in the Northern District of Iowa, defendant AUSTIN MATTHEW OBERBROECKLING (a/k/a "Amish"), knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely methamphetamine, knowingly possessed a firearm, specifically, a Glock GMBH Model 22, .40 caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 2

**Possession of a Firearm by a Drug User**

On or about August 4, 2021, in the Northern District of Iowa, defendant AUSTIN MATTHEW OBERBROECKLING (a/k/a "Amish"), knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely methamphetamine, knowingly possessed a firearm, specifically, a Coast to Coast Stores CC880 Master-Mag, 12 gauge weapon made from a shotgun, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in Counts 1 and 2 of this Indictment, defendant AUSTIN MATTHEW OBERBROECKLING (a/k/a "Amish") shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violations of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

## Count 3

**Possession of a National Firearms Act Firearm
Not Registered to Possessor**

On or about August 4, 2021, in the Northern District of Iowa, defendant, AUSTIN MATTHEW OBERBROECKLING (a/k/a "Amish"), knowingly possessed a

firearm, not registered to him in the National Firearms Registration and Transfer Record, namely, a Coast to Coast Stores CC880 Master-Mag, 12 gauge weapon made from a shotgun, with an overall length of 28.5 inches and a barrel length of less than 18 inches.

This was in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### Forfeiture Allegation

By virtue of having committed the acts specified in Count 3 of this Indictment, defendant AUSTIN MATTHEW OBERBROECKLING (a/k/a "Amish") shall forfeit to the United States any firearm (not ammunition) involved in the violation of Title 26, United States Code, Section 5861(d), including but not limited to the firearm listed above.

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson     Date Sept 22, 2021

SEAN R. BERRY
Acting United States Attorney

By:

DAN CHATHAM
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/22/2021
ROBERT L. PHELPS, CLERK