IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 21-CR-01026-CJW-MAR |
| vs. | ) | |
| AUSTIN MATTHEW OBERBROECKLING, | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on February 6, 2022, and continuing through March 7, 2022, in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, as evidenced by Exhibit 1 attached.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 10th day of March, 2022.

TIMOTHY T. DUAX
Acting United States Attorney

By: /s/ Martin J. McLaughlin
MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 7TH Avenue SE
Cedar Rapids, IA    52401
(319) 363-6333/(319) 363-1990 -fax
Marty.McLaughlin@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on March 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.
UNITED STATES ATTORNEY
By:   /s/ B. Kilburg