IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-1026 |
|     Plaintiff, | |
| vs. | MOTION TO WITHDRAW DUE TO CONFLICT |
| AUSTIN MATTHEW OBERBROECKLING, | |
|     Defendant. | |

Christopher J. Nathan of the Federal Defender's Office respectfully requests the court's permission to withdraw as attorney for Defendant, Austin Matthew Oberbroeckling, because of a conflict of interest and in support of this motion, states as follows:

    1.    The Federal Defender's office represents Austin Matthew Oberbroeckling in connection with an Indictment filed against him on September 22, 2021.

    2.    A conflict of interest has arisen that requires this office to withdraw from representation of Mr. Oberbroeckling.

Based on the foregoing, the Federal Defender's office notifies the Court of its conflict of interest in this case and respectfully requests it be allowed to withdraw from representation of Austin Matthew Oberbroeckling and that an attorney from the CJA panel be appointed.

    FEDERAL DEFENDER'S OFFICE
    222 Third Avenue SE, Suite 290
    Cedar Rapids, IA   52401-1509
    TELEPHONE: (319) 363-9540
    TELEFAX: (319) 363-9542

    BY: /s/ Christopher J. Nathan
    CHRISTOPHER J. NATHAN

1

christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea