IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cr-1026 |
| vs. | ) ) ) | |
|  | ) | APPEARANCE |
| **AUSTIN MATTHEW OBERBROECKLING,** | ) ) | |
| Defendant. | ) | |

COMES NOW, the above captioned Defendant, Austin Matthew Oberbroeckling, by and through Counsel **Michael K. Lahammer** whom formally enters an appearance in this matter.

      /s/ Michael K. Lahammer
Michael K. Lahammer
ATT 4425
425 2nd St. SE Suite 1010
Cedar Rapids, Iowa 52401
Phone: 319-364-1140
Fax: 319-366-4551
ATTORNEY FOR DEFENDANT
Email: mike@lahammerlaw.com

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was filed via CM/ECF on this 12th day of April, 2022, and all parties of record received copies.

.s. Michael K. Lahammer