# IOWA NONPROFESSIONAL PERMIT TO CARRY WEAPONS

Name **OBERBROECKLIN** (last)   **AUSTIN** (first)   **MATTHEW** (middle)

Residence ▮ W 8TH DUBUQUE, IOWA, 5200▮

100F051MM (NICS Transaction Number)   DOB ▮ 1994   Age 23   County Dubuque

This permit is valid throughout the state of Iowa from: 11/07/2017 until its expiration on: 11/07/2022

While valid, the above named individual is authorized to acquire pistols or revolvers.

_(Signature of Permittee)_   _(Signature of Issuing Officer)_

Sheriff of **Dubuque** County, Iowa

**724.21 Giving false information when acquiring a weapon.** A person who gives a false name or presents false identification, or otherwise knowingly gives false material information to one from whom the person seeks to acquire a pistol or revolver, commits a class "D" felony.

**INVALID WHEN PERMITTEE IS INTOXICATED**

Permit Holder Copy

---

# SUSPENSION / REVOCATION NOTICE
## IOWA PERMIT TO CARRY WEAPONS / IOWA PERMIT TO ACQUIRE PISTOLS OR REVOLVERS

TO: Name **Austin Oberbroeckling**

Address ▮ W 8th St, Dubuque, IA 52001

RE: Permit Type **Non-pro**   Permit # **100f051mm**   Issue Date **11/7/17**   in **Dubuque** County

Effective immediately, your permit to ☒ carry ☒ acquire weapons is hereby ☒ suspended ☐ revoked for the following reason:

Due to your arrest for Possession of Controlled Substance, Public Intox, and Carrying Weapons. Further determination to be made after criminal proceedings. Permit shall be turned over to deputies.

Therefore, you are ordered to immediately (☐ deliver ☐ mail) the aforementioned permit to my office.

Sheriff Signature _____ of **Dubuque** County, Iowa **8/8/19** Date

Service: ☐ - Restricted Certified Mail (return receipt number) _____ Date _____

☒ - Personal Service By _____ Date **01/28/2020**

WP6 Rev 01/2011

Sheriff Copy

Government Exhibit 1
Case 21-CR-1026-CJW Sentencing