IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF IOWA
                          EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs, )<br>)<br>AUSTIN MATTHEW )<br>OBERBROECKLING, )<br>)<br>Defendant. ) | Case No. CR 21-01026 CJW<br><br>SENTENCING MEMORANDUM |

Comes Now, defendant Austin Matthew Oberbroeckling, by and through counsel, and submits this Sentencing Memorandum in accordance with the March 10, 2022, Order (Doc. #36), offering the following:

(A) The Defendant does not anticipate calling any witnesses.

(B) The Defendant intends to offer the following exhibits at sentencing:

Def. Exh. A: Defendant's DD-214 (Under seal).

Def. Exh. B1-3: Character letters on behalf of Defendant.

Def. Exh. C: Mercy Medical Records for Defendant (Under Seal).

Def. Exh D: VA Medical Records for Defendant (Under Seal).

(C) The following issues will need to be resolved at sentencing:

(1) Four-level enhancement for possessing a firearm in connection with the felony offense of Carrying Weapons, in violation of Iowa Code

§724.4(1), USSG § 2K2.1(b)(6)(B).

(2) Whether the Defendant qualifies for a downward variance based upon several factors, including military service, service connected disability, and physical and mental health conditions including PTSD, under Title 18 U.S.C. §3553(a) factors.

A separate brief is filed in support of Defendant's arguments.

Respectfully Submitted
*/s/ Michael K. Lahammer*_____
Michael K. Lahammer, Li 014693
425 2nd Street SE, Ste. 1010
Cedar Rapids, IA 52401
Phone: 319-364-1140
Attorney for the Defendant
Email: mike@lahammerlaw.com

Copy to:
Dan Chatham, AUSA
Jill R. Freese, USPO

I certify that I electronically filed the above on May 5, 2022, via CM/ECF, and all parties of record were notified accordingly.
/s/ Michael K. Lahammer