Dear Judge,

When I was asked to write this character reference for Austin aka Amish, I thought what was it that I could say, what was it that I wanted the courts to know. How was I to describe this man, so that the courts may see in him as we do, and upon so consider just leniency in his sentencing. I would like to talk about Austin's character as though I was referring to, An Officer and a Gentleman, because he is just that.

Austin pursued a career in United States armed forces, knowing him like I do, it was clearly the right choice for him, his love of country and fellow Americans, he is a true patriot. I believe him to be an excellent role model to people of all ages, myself included. Austin made it through basic training, and continued onto his lifelong vision of having a career through the Military.

No one can ever plan or expect what would come next, accidents. Amish while in active service duty suffered serious, disabling injuries in a fall. I can't begin to tell you the details of his injuries, only he can, but I will tell you I know he lived in a lot of pain, saw him grimace, growl, be unsteady, move slow, walk with a gait. I saw him do this in a personal level, and for a short time while working with me on a landscape job. I saw his suffering, yet he still remained that of an officer and a Gentleman, orderly, kind, sincere, loyal, dedicated, willing, he gave every opportunity his all.

Amish now medically discharged, and shuffled off like many veterans like him, dream wiped out and a system that all but, makes it easy, for the very same soldier who was willing to put his life on the line for you and me. I'm a very sure that Amish is not the first service man that has approached your bench, for the troubles that have caused to themselves or others. We are lacking in post Active Care for these servicemen and women. A system that does not make it easy for them to get the physical and mental health care that is due to them. I'm sure it is hard for Amish to get ahead on his disability check, he is unable to withstand a 40 hour work week, but has every desire to work, so you see it is not just the physical

Exhibit B-1

it is the mental agony as well. I don't want you to see Amish standing before you is a punked out junkie, I pray you will see him as the officer and the gentleman broken by injury and a system that is broken. I pray you see him as we do, a young man who is a great person with a full life ahead of him, I know I look forward to watching him, as he picks up his pieces, learns his lessons and carries on, we will always support him in good and in bad, he is not blood, regardless he is family to our family. I hope that when this is all over and he can get further help through Veterans Affairs, after all he was willing to give his life for our freedom and we should be willing to give back to him the same price for his freedom, a God-given right to live reasonably, for Amish to grow, live his life as a responsible, respectable, ready to be a law-abiding citizen, furthering life's journey, maybe not being able to be an officer, but he can be a Gentleman and he already knows how to do that.

    We love you Amish and support you whatever the outcome. I appreciate your taking the time to hear us out. I look forward to Amish's release, he is that one friend I can discuss current events with and I was hoping he would be able to volunteer with me in the upcoming elections, every vote counts!

    Thank you sir, God Bless you and the United States of America.


Respectfully,

Desiree and Chris Bibb


Dubuque, IA 52001

Dear Judge C.J. Williams

    I have known Austin since 2018. We became very close right away. I grew up an only child, but in every way I consider Austin a brother. He is everything I would expect a brother to be. He is trustworthy, loyal, honest, generous and caring. While getting to know him, his greatest pride was serving in the military. He wanted to make a career of it. He loves our country. Austin getting hurt was a devastating blow to him. He is resilient and has managed with as much pride as possible after becoming disabled unfortunately has stumbled.

    Austin takes accountability for his actions and with his integrity intact is more than willing to accept the choices of his actions. He looks forward to moving past this. He is a humble man with so much compassion for others and is grateful for every opportunity given to him to improve his life. I'm so fortunate to have him in my life, he has only been a blessing to my family.

Sincerely, with all respect and appreciation for you reading this,

Amity Gotto

Exhibit B-2

Angela M Hamilton
603 1st Ave W
Farley, IA 52046


To The Presiding Judge

I have known Austin Oberbroeckling since 2019 on a personal level. Austin resided in our home for approximately six months, while he was looking for suitable housing. Austin always contributed financially for staying with my family, he would give us money to help with utilities, food, and other necessities. Austin was generous and was always ready to help, when we asked him to help with household chores. When I stepped onto a piece of glass, Austin was right there to assist in removing the glass.

I understand that Austin has made some unwise decisions, like many of us in our lives. I truly feel he is sorry for those decisions. Austin has expressed a strong desire to repair his relationship with his son. Austin would like the opportunity to be the kind of father a son can look up to. I feel from my conversations with Austin that he has never really had a strong family support system in the past and that has affected some of the decisions he has made.

I can't help but think that individuals who have served our country, like Austin, don't get the emotional support after they finish their military service to adjust back into a normal life and this adversely affects some of the unwise choices individuals make.

The charges that brought Austin before Your Honor today, seem out of character for the individual I know. I would not be writing this letter today, if I didn't feel Austin is a good person deserving of a second chance.

Sincerely,

Angela M Hamilton

Exhibit B-3