# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. AUSTIN MATTHEW OBERBROECKLING, Defendant(s) | **HEARING MINUTES**    Sealed: No <br> Case No.: 21-CR-1026-CJW <br> Presiding Judge: CJ Williams <br> Deputy Clerk: Jill Hawkins <br> Official Court Record: Patrice Murray <br> Contact Information: PAMurrayReporting@gmail.com |

| Date: | 5/12/2022 | Start: | 2:58 PM | Adjourn: | 3:50 PM | Courtroom: | 3, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | AUSA Dan Chatham |
|---|---|---|
| | Defendant(s): | Appears personally and is represented by Michael Lahammer |
| | U.S. Probation: | Jill Freese (by phone) |
| | Interpreter: | ---    Language: ---    Certified: ---    Phone: --- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? Yes | Continued from a previous date? No |
|---|---|---|---|

| | | |
|---|---|---|
| Objections to PSIR: | Gov objects to paragraph 21 <br> Def objects to paragraph 10, 11, 12, 16 & 72 <br><br> Government moves for additional one level reduction for acceptance of responsibility | Ruling:   Sustained <br> Withdrawn <br> Granted |
| Motions to vary/depart: | Defense Motion for Downward Variance #45 | Ruling:   Granted |
| Count(s) dismissed: | 2 & 3 | |
| Sentence (See J & C): | 24 months imprisonment on Count 1 | |
| Fine: --- | Special assessment: $100 | Restitution: --- |
| Supervised Release: | 3 years | |
| Court's recommendations (if any): | BOP facility near family; 500 hour RDATP | |
| Defendant is | Detained   and shall report   --- | |
| **Exhibits:** | Government Exhibit 1 filed at #42; Defense Exhibits A-D filed at #45 and #46. | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | |
| **Miscellaneous:** | Defendant does not object to Special Conditions of Supervision paragraphs 68-71 of the PSIR. | |