IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-01026-CJW-MAR |
| | ) | |
| vs. | ) | |
| | ) | |
| AUSTIN MATTHEW OBERBROECKLING, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 22, 2021, an Indictment was filed charging the defendant with two counts (Count 1 and 2) of possession of a firearm by a Drug User, in violation of Title 18, United States Code, Section 922(g)(3), and one count (Count 3) of Possession of a National Firearms Act Firearm Not Registered to Possessor, in violation of Title 26, United States Code, Section 5861(d). (Doc. 2);

AND WHEREAS, the Indictment also included a forfeiture allegation seeking forfeiture of any firearm involved in any violation of Title 18, United States Code, Section 922(g)(3).

AND WHEREAS, on January 5, 2022, Austin Matthew Oberbroeckling entered a plea of guilty to Count 1 of the Indictment. (Doc. 22);

AND WHEREAS, on January 6, 2022, the Honorable Mark A. Roberts, Magistrate Judge for the Northern District of Iowa, entered a Report and

1

Recommendation concerning defendant's plea of guilty to Count 1 of the Indictment. (Doc. 24);

AND WHEREAS, also on January 6, 2022, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, Magistrate Judge Roberts found that the government had established the requisite nexus between the property subject to forfeiture, and the offense as charged in Count 1, Possession of a Firearm by a Drug User, in violation of Title 18, United States Code, Section 922(g)(3). (Doc. 24);

AND WHEREAS, on January 21, 2022, the Court entered an order accepting Magistrate Judge Roberts' Report & Recommendation of January 6, 2022. (Doc. 26);

AND WHEREAS, pursuant to the January 21, 2022, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture on January 31, 2022, pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of Magistrate Judge Roberts' Report and Recommendation, including his finding of the requisite nexus between the property and the offense. (Doc. 27);

AND WHEREAS, on February 1, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on January 5, 2022, in which the Court ordered the forfeiture of any interest defendant had or has in the property alleged to be subject to forfeiture under the Forfeiture Allegation of the September 22, 2021, Indictment. (Doc. 28);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning February 6, 2022, and continuing through March 7, 2022, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. (Doc. 37);

AND WHEREAS, no third-party claims have been made for return of seized property against the property included in the Preliminary Order of Forfeiture;

AND WHEREAS, defendant Austin Matthew Oberbroeckling was sentenced on May 12, 2022, forfeiture having been orally pronounced, and said judgment having been filed on May 13, 2022. (Docs. 49 & 50);

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property seized from Austin Matthew Oberbroeckling, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Glock GMBH Model 22, .40 caliber pistol, bearing serial number FEW198, possessed by the defendant on or about August 1, 2019.**

3. That the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is hereby authorized to dispose of the property identified in paragraph 2 above.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS SO ORDERED** this 14th day of June, 2022.

_____
C.J. WILLIAMS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF IOWA